```
PENNY SUE SHIYOU              DESTINY MASTERCARD            PORTFOLIO RECOVERY
11200 THREE RIVERS RD         PO BOX 4477                   ATTN: BANKRUPTCY
APT 2J                        BEAVERTON, OR 97076           120 CORPORATE BLVD
GULFPORT, MS 39503                                          NORFOLK, VA 23502

THOMAS C. ROLLINS, JR.        FIRST PREMIER WOMEN'S         PROGRESSIVE LEASING
THE ROLLINS LAW FIRM, PLLC    14231 SEAWAY RD # 300         256 W DATA DR
P.O. BOX 13767                GULFPORT, MS 39503            DRAPER, UT 84020
JACKSON, MS 39236

AFFIRM                        FST PREMIER                   SYNCHRONY
443 IRVING DR                 ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
BURBANK, CA 91504             601 S MINNESOTA AVE           PO BOX 955060
                              SIOUX FALLS, SD 57104         ORLANDO, FL 32896-5060

AIDVANTAGE                    IC SYSTEMS, INC               THE PRESERVE
PO BOX 300001                 ATTN: BANKRUPTCY              2255 SWITZER RD
GREENVILLE, TX 75403          P.O. BOX 64378                GULFPORT, MS 39507
                              ST. PAUL, MN 55164

AT&T                          IC SYSTEMS, INC               WELLS FARGO
PO BOX 5087                   ATTN: BANKRUPTCY              800 WALNUT
CAROL STREAM, IL 60197-508    P.O. BOX 64378                DES MOINES, IA 50309
                              ST. PAUL, MN 55164

BREANNA SHIYOU                JANUARY TECHNOLOGIES          WOODFOREST NATIONAL
11200 THREE RIVERS RD         176 GRAND ST, 4TH FL          ATTN: BANKRUPTCY
APT 9E                        NEW YORK, NY 10013-9998       P.O. BOX 7889
GULFPORT, MS 39503                                          THE WOODLANDS, TX 77387

CAPITAL ONE                   JEFFERSON CAPITAL SYS
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
PO BOX 30285                  200 14TH AVE E
SALT LAKE CITY, UT 84130      SARTEKK, MN 56377

CASHAPP                       MIDLAND CREDIT MGMT
1955 BROADWAY, SUITE 6        ATTN: BANKRUPTCY
OAKLAND, CA 94612             PO BOX 939069
                              SAN DIEGO, CA 92193

CASHNET USA                   PATHGROUP LABS
175 W JACKSON                 PO BOX 530310
STE 1000                      ATLANTA, GA 30353-0310
CHICAGO, IL 60604
```